**2007–1934. Ohio Consumers' Counsel v. Pub. Util. Comm.**
Public Utilities Commission, No. 07–259–TP–BLS. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS

*March 26, 2008*

[Cite as *03/26/2008 Case Announcements*, 2008-Ohio-1279.]

## MERIT DECISIONS WITHOUT OPINIONS

**2008–0080. State ex rel. Brown v. Rogers.**
In Mandamus. On respondents' motion to dismiss and relator's amended motion for stay. Motion to dismiss granted. Motion for stay denied. Cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur. CUPP, J., not participating.

**2008–0112. State ex rel. Madison v. Connors.**
In Mandamus. On complaint in mandamus of Oliver Madison. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER, and CUPP, JJ., concur. O'DONNELL, J., dissents and would grant an alternative writ.

**2008–0274. Coulter v. Elum.**
In Prohibition. On complaint in prohibition of Justin Coulter. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2006–2056. State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.**
In Mandamus. On relators' bill and documentation in support of attorney fees and respondents' objections to attorney fees. Attorney fees in the amount of $19,039. are awarded.

**2007–0705. McFadden v. Cleveland State Univ.**
Franklin App. No. 06AP–638, 2007-Ohio-298, and 170 Ohio App.3d 142, 2007-Ohio-939. On motion for admission pro hac vice of Benjamin C. Mizer by William P. Marshall. Motion granted.